United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Hatikvah Clark  
    Debtor

Case No. 16-13971-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　User: Antoinett　　Page 1 of 1　　Date Rcvd: Apr 20, 2017  
　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2017.  
db　　　　+Hatikvah Clark,　 6705 Cornelius Street,　 Philadelphia, PA 19138-1616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2017　　　　　　　　　　　　　　　　　Signature:　 /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2017 at the address(es) listed below:  
　　　DAVID M. OFFEN　　on behalf of Debtor Hatikvah  Clark dmo160west@gmail.com, davidoffenecf@gmail.com  
　　　LEON P. HALLER　　on behalf of Creditor　 U.S. Bank National Association as Trustee for The Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com  
　　　MATTEO SAMUEL WEINER　　on behalf of Creditor　 Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com  
　　　PEARL PHAM　　on behalf of Creditor　 Philadelphia Gas Works pearl.pham@pgworks.com  
　　　United States Trustee　　USTPRegion03.PH.ECF@usdoj.gov  
　　　WILLIAM C. MILLER　　ecfemails@ph13trustee.com, philaecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6

IN THE UNITED ESTATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Hatikvah Clark      )   Chapter 13
                             )
         Debtor              )   16-13971-JKF
                             )
                             )

### ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $3,500.00 is allowed and the balance in the amount of $3,500.00 shall be paid by the Chapter 13 Trustee to the extent there are funds available and consistent with the terms of the confirmed plan.

_____                    _____
DATED:                                     HONORABLE JEAN K. FITZSIMON
**Date: April 20, 2017**                   UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Esquire, Trustee

David M. Offen, Esquire