United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 16-13971-elf
Hatikvah Clark                                                      Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: YvetteWD            Page 1 of 2              Date Rcvd: Nov 15, 2019
                              Form ID: 138NEW           Total Noticed: 39
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
```
db             +Hatikvah Clark,    6705 Cornelius Street,    Philadelphia, PA 19138-1616
cr             +Philadelphia Gas Works,    800 W. Montgomery Ave.,    Philadelphia, PA 19122-2898
13738459       +Advanced Family Smile Care, P.C.,    6100-02 N. 5th Street, Storefront,
                 Philadelphia, PA 19120-1423
13799301       +Advantage FCU,   c/o Silverman Theologou,    11200 Rockville Pike, Suite 520,
                 N. Bethesda, MD 20852-7105
13738461       +Aspire,   Po Box 105555,    Atlanta, GA 30348-5555
13738469        Internal Revenue Service,    Attn: Special Procedures,    6th & Arch Street,
                 Philadelphia, PA 19106
13738470       +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
13738474       +PGW,   Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
                 Philadelphia, PA 19122-2806
13738476       +Springleaf Financial S,    7400 Front St,   Cheltenham, PA 19012-1403
13738481       +Td Bank Usa/Targetcred,    Po Box 673,   Minneapolis, MN 55440-0673
13738475        philadelphia parking authority,    2467 grant avenue,    Philadelphia, PA 19114-1004
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 16 2019 04:05:41     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2019 04:04:36
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2019 04:05:31     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13738460       +E-mail/Text: broman@amhfcu.org Nov 16 2019 04:05:17     American Heritage Fcu,
                 2060 Red Lion Rd,    Philadelphia, PA 19115-1699
13738464        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2019 04:07:32
                 Capital One Bank Usa N,    15000 Capital One Dr,   Richmond, VA 23238
13738462       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2019 04:07:57     Cap One,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13738463       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2019 04:07:31     Cap One Na,
                 Po Box 26625,    Richmond, VA 23261-6625
13760629        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2019 04:07:32
                 Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
13760631        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2019 04:07:07     Capital One, N.A.,
                 PO Box 71083,    Charlotte, NC  28272-1083
13820300       +E-mail/Text: bnc@bass-associates.com Nov 16 2019 04:03:35     Cavalry SPV I, LLC,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
13738465       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 16 2019 04:04:21     Comenity Bank/Lnbryant,
                 4590 E Broad St,    Columbus, OH 43213-1301
13738466       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 16 2019 04:04:21     Comenity Bank/Vctrssec,
                 Po Box 182789,    Columbus, OH 43218-2789
13814890        E-mail/Text: bnc-quantum@quantum3group.com Nov 16 2019 04:04:24
                 Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
13738467       +E-mail/Text: tdawson@advfcu.org Nov 16 2019 04:05:07     Dva Federal Credit Uni,
                 810 Vermont Ave Nw Rm C2,    Washington, DC 20420-0001
13738468       +E-mail/Text: tropiann@einstein.edu Nov 16 2019 04:04:28     Einstein Healthcare Network,
                 101 E Olney Avenue Suite 301,    3rd,   Philadelphia, PA 19120-2470
13738471       +E-mail/Text: blegal@phfa.org Nov 16 2019 04:05:12     Pa Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
13915356       +E-mail/Text: blegal@phfa.org Nov 16 2019 04:05:12     Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
13774963        E-mail/Text: bnc-quantum@quantum3group.com Nov 16 2019 04:04:25
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
13786826        E-mail/Text: bnc-quantum@quantum3group.com Nov 16 2019 04:04:25
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,   PO Box 788,
                 Kirkland, WA  98083-0788
13738477       +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 04:07:03     Syncb/Amazon,    Po Box 965015,
                 Orlando, FL 32896-5015
13738478       +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 04:07:54     Syncb/Amer Eagle Dc,
                 Po Box 965005,    Orlando, FL 32896-5005
13738479       +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 04:07:03     Syncb/Tjx Cos,    Po Box 965005,
                 Orlando, FL 32896-5005
13738480       +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 04:07:03     Syncb/Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
13796153        E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 04:07:05     Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
13817087       +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2019 04:07:03     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
13818852       +E-mail/Text: bncmail@w-legal.com Nov 16 2019 04:05:19     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
```

```
District/off: 0313-2          User: YvetteWD           Page 2 of 2                   Date Rcvd: Nov 15, 2019
                              Form ID: 138NEW          Total Noticed: 39

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13738482        E-mail/Text: megan.harper@phila.gov Nov 16 2019 04:05:41      Water Revenue Bureau,
                 1401 JFK Blvd.,   Philadelphia, PA 19102-1663
13738483       +E-mail/Text: bnc-bluestem@quantum3group.com Nov 16 2019 04:06:12      Webbank/Fingerhut,
                 6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13738472*      +Pa Housing Finance Age,    211 N Front St,   Harrisburg, PA 17101-1406
13738473     ##+Penn Credit Corporatio,    916 S 14th St,   Harrisburg, PA 17104-3425
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Hatikvah  Clark dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              LEON P. HALLER    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LEON P. HALLER    on behalf of Creditor   U.S. Bank National Association as Trustee for The
               Pennsylvania Housing Finance Agency lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              PEARL  PHAM    on behalf of Creditor   Philadelphia Gas Works pearl.pham@pgworks.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Hatikvah Clark
      Debtor(s)                        Bankruptcy No: 16−13971−elf
                                                    Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        900 Market Street
                           Suite 400
                      Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                      For The Court
                                                              Timothy B. McGrath
                                                                Clerk of Court

Dated: 11/15/19

                                                                                                 27 − 26
                                                                                       Form 138_new