United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Hatikvah Clark  
    Debtor

Case No. 16-13971-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: YvetteWD      Page 1 of 1      Date Rcvd: Jan 22, 2020  
                       Form ID: 195      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2020.  
db            +Hatikvah Clark,    6705 Cornelius Street,    Philadelphia, PA 19138-1616

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2020 at the address(es) listed below:  
         DAVID M. OFFEN    on behalf of Debtor Hatikvah  Clark dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com  
         LEON P. HALLER    on behalf of Creditor  Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com  
         LEON P. HALLER    on behalf of Creditor  U.S. Bank National Association as Trustee for The  Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor  Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com  
         PEARL  PHAM    on behalf of Creditor  Philadelphia Gas Works pearl.pham@pgworks.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                     TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Hatikvah Clark : Case No. 16−13971−elf
    Debtor(s)

***ORDER***
_____

AND NOW, this day , 22nd of January 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

31
Form 195